IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

GREGORIO DE LEON RIVERA

MONIQUE MAISONET ROVIRA

    DEBTOR(S)

CASE NO    12-08649-ESL

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **November 30, 2012**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $84,366.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: January 02, 2013     PLAN BASE: $88,200.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 1/14/2013

[ ] FAVORABLE     [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [X] INSUFFICIENTLY FUNDED § 1325(b):
To pay 100% + 4.25% to general unsecured creditors as proposed.

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [ ] OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$900.00/$2,100.00

Atty: MIGUEL RODRIGUEZ

/s/ Pedro R Medina

Pedro R Medina
USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EC